Denise M. De Mory (CA Bar No. 168076)
ddemory@bdiplaw.com
Christina M. Finn, (CA No. 247838)
cfinn@bdiplaw.com
Cliff Win, Jr. (CA Bar No. 270517)
cwin@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Telephone: 650-351-7248
Facsimile:  650-351-7253

Michael D. Rounds (Nevada Bar No. 4734)
mrounds@watsonrounds.com
WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135
Telephone: 702-636-4902
Facsimile: 702-636-4904

*Attorneys for Plaintiff*
NXP B.V**.**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **NXP B.V.,**<br><br>          **Plaintiff,**<br><br>     **v.**<br><br>**BROADCOM CORPORATION**<br><br>          **Defendant.** | Case No. 2:13-cv-00453-MMD-VCF<br><br>**DECLARATION OF CHRISTINA M. FINN IN SUPPORT OF NXP B.V.'S OPPOSITION TO DEFENDANT BROADCOM CORPORATION'S MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA** |

        I, Christina M. Finn, declare as follows:

        1.     I am an attorney at the law firm Bunsow, De Mory, Smith & Allison LLP, and

represent plaintiff NXP B.V. ("NXP") in the above-referenced matter.  I am a member of the bar of

DECLARATION OF CHRISTINA M. FINN IN SUPPORT OF NXP B.V.'S OPPOSITION TO DEFENDANT BROADCOM
CORPORATION'S MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA
1

1   the State of California. Unless otherwise indicated, I have personal knowledge of the facts contained

2   in this declaration, and if called upon to do so, I could and would testify competently thereto.

3         2.      Attached as **Exhibit 1** is a true and correct copy of a webpage entitled, "What is the

4   History of NFC?  Where did the Technology Come From?" dated December 27, 2011, available at

5   http:// http://www.askidentive.com/nfc-technology/what-is-the-history-of-nfc, last accessed January

6   24, 2014.

7         3.      Attached as **Exhibit 2** is a true and correct copy of a press release entitled, "Philips

8   and Sony Announce Strategic Cooperation to Define Next Generation Near Field Radio-Frequency

9   Communications," dated September 5, 2002, available at

10  http://www.newscenter.philips.com/main/standard/about/news/press/archive/2002/article-2476.wpd,

11  last accessed January 24, 2014.

12        4.      Attached as **Exhibit 3** is a true and correct copy of a press release entitled "NXP

13  Consolidates No. 1 Position in Worldwide ID Market," dated July 29, 2011, available at

14  http://www.nxp.com/news/press-releases/2011/07/nxp-consolidates-no-1-position-in-worldwide-id-

15  market.html, last accessed on January 24, 2014.

16        5.      Attached as **Exhibit 4** is a true and correct copy of document entitled, "Broadcom

17  Corporation Corporate Overview Q3 2013," available at

18  http://www.broadcom.com/docs/company/corporate_overview.pdf, last accessed on January 24,

19  2014.

20        6.      Attached as **Exhibit 5** is a true and correct copy of a webpage entitled, "Broadcom

21  Upcoming Events," available at http://www.broadcom.com/company/events/, last accessed January

22  24, 2014.

23        7.      Attached as **Exhibit 6** is a true and correct copy of a press release entitled,

24  "Broadcom Introduces First NFC Chips in 40 NM to Drive Next Generation of Mobile Payments

25  and Consumer Electronic Connectivity," dated September 26, 2011, available at

26  http://www.broadcom.com/press/release.php?id=s608051, last accessed January 24, 2014.

27

28

8.      On January 27, 2014, I viewed the video at

http://www.youtube.com/watch?v=2n5qSd7ij-k.  It was entitled "Broadcom at CES 2012: NFC

Demo with Ron Wong."

9.      Attached as **Exhibit 7** is a true and correct copy of a press release entitled,

"Broadcom Delivers Advanced Wireless Connectivity to Nintendo's Wii U Gaming Experience,"

dated November 19, 2012, available at http://www.broadcom.com/press/release.php?id=s722281,

last accessed January 27, 2014.

10.     On January 27, 2014, I viewed the video at

http://www.youtube.com/watch?v=2KiZ6Cd1j8U.  It was entitled, "Nintendo Wii U Controller

Demo from CES 2012."

11.     Attached as **Exhibit 8** is a true and correct copy of a webpage entitled, "2012

International CES," available at http://www.broadcom.com/company/events/ces12.php, last accessed

January 24, 2014.

12.     Attached as **Exhibit 9** is a true and correct copy of an article posted on a Broadcom

blog entitled, "The Road to CES 2013: Are We There Yet?" by Rachel Rosmarin, dated January 7,

2013, available at https://blog.broadcom.com/ces/the-road-to-ces-2013-are-we-there-yet/, last

accessed January 24, 2014.

13.     Attached as **Exhibit 10** is a true and correct copy of an article posted on a Broadcom

blog entitled, "Tech Overdrive: Inside the Broadcom Booth at CES," by Rachel Rosmarin, dated

January 8, 2013, available at http://blog.broadcom.com/ces/tech-overload-inside-the-broadcom-

booth-at-ces/, last accessed January 24, 2014.

14.     Attached as **Exhibit 11** is a true and correct copy of a press release entitled,

"Broadcom Launches Industry's First Certified NFC Quad-Combo Wireless Connectivity Solution,"

dated December 11, 2012, available at http://www.broadcom.com/press/release.php?id=s726226,

last accessed January 24, 2014.

15.     Attached as **Exhibit 12** is a true and correct copy of an article posted on a Broadcom

blog entitled, "CES 2014 Starts with a Bang: Broadcom Kicks Off Consumer Electronics Show with

1   a Flurry of Announcements," by Fredric Paul, dated Jan. 6, 2014, available at

2   http://blog.broadcom.com/ces/ces-2014-starts-with-a-bang-broadcom-kicks-off-consumer-

3   electronics-show-with-a-flurry-of-announcements/, last accessed January 24, 2014.

4         16.    On January 27, 2014, I viewed the video at

5   http://www.youtube.com/watch?v=jzVUXV1uxj4.  It was entitled, "Broadcom is geared up and

6   ready for 2014."

7         17.    Attached as **Exhibit 13** is a true and correct copy of an article posted on a Broadcom

8   blog entitled, "Futurists' Playground: A Look Inside Broadcom's Booth at CES 2014," by Frederic

9   Paul, dated January 8, 2014, available at http://blog.broadcom.com/ces/futurists-playground-a-look-

10  inside-broadcoms-booth-at-ces-2014/, last accessed January 24, 2014.

11        18.    Attached as **Exhibit 14** is a true and correct copy of the text that displays one the

12  webpage https://blog.broadcom.com/ces/video-roundup-see-the-blog-squad-in-action-at-ces-2014/,

13  last accessed January 24, 2014.  The webpage is an article posted on a Broadcom blog entitled,

14  "Video Roundup: See the Blog Squad in Action at CES 2014," by Aaron Schmidt, dated January 10,

15  2014.  The pictures which appear on the webpage from which a viewer may click to watch a number

16  of embedded videos do not appear on the exhibit.

17        19.    Attached as **Exhibit 15** is a true and correct copy of an article posted on a Broadcom

18  blog entitled, "NFC Ready for Mainstream Adoption with New Combo Chip," by Mohamed Awad,

19  dated December 11, 2012, available at: http://blog.broadcom.com/wireless-technology/nfc-ready-

20  for-mainstream-adoption-with-new-combo-chip/, last accessed January 24, 2014.

21        20.    Attached as **Exhibit 16** is a true and correct copy of a webpage entitled "Broadcom

22  NFC Solutions," available at http://www.broadcom.com/products/NFC/NFC-Solutions, last accessed

23  on January 24, 2014.

24        21.    Attached as **Exhibit 17** is a true and correct copy of a document entitled, "Broadcom

25  Corp. Form 10-K (Annual Report)," dated January 30, 2013.

26        22.    Attached as **Exhibit 18** is a true and correct copy of a webpage entitled, "Entity

27  Details – Broadcom Corporation," available at

28

1   http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=TvKU3IoQUZbXCieHuai%252biw%253

2   d%253d&nt7=0, last accessed January 27, 2014.

3          23.      Attached as **Exhibit 19** is a true and correct copy of an article entitled, "Where To

4   File Your Patent Case," by Mark A. Lemley, AIPLA Quarterly Journal (Fall 2010), available at

5   http://ssrn.com/abstract=1597919, last accessed January 24, 2014.

6          24.      Attached as **Exhibit 20** is a true and correct copy of an Order regarding the

7   Defendant's Motion to Transfer Venue, *Unwired Planet LLC v. Google Inc.*, No. 12-00504-MMD-

8   VPC (D. Nev. Aug. 19, 2013), D.I. 135.

9          25.      Attached as **Exhibit 21** is a true and correct copy of an Order regarding a Motion to

10  Transfer Venue, *Channell Commercial Corp. v. Preformed Line Products Co.*, No. 13-0002-TJH

11  (SPx) (C.D. Cal. June 18, 2013), D.I. 29.

12         26.      Attached as **Exhibit 22** is a true and correct copy of an Order Denying Motion to

13  Change Venue, *The Ipatt Group, Inc. v. Scotts Miracle-Gro Co.*, No. 09-02419-GMN-RJJ (D. Nev.

14  Sept. 9, 2010), D.I. 32.

15         27.      Attached as **Exhibit 23** is a true and correct copy of an Order re Motion to Transfer,

16  *Continental Appliances, Inc. v. SHM International Corp.*, 11-1544 JVS (C.D. Cal. May 7, 2012),

17  D.I. 58.

18         28.      Attached as **Exhibit 24** is a true and correct copy of the Findings and

19  Recommendation regarding Defendant's Motion to Dismiss, *Vestas-American Wind Technology,*

20  *Inc. v. Beaird Co., Ltd.*, No. 07-1651-PK (D. Or. Aug. 11, 2008), D.I. 56.

21         29.      Attached as **Exhibit 25** is a true and correct copy of  an In Chambers Order regarding

22  Defendants' Motion to Transfer Venue, *Imaginal Systematic, LLC v. Leggett & Platt, Inc.*, No. 10-

23  07416-RGK (SSx) (C.D. Cal. Apr. 14, 2011), D.I. 63.

24         30.      Attached as **Exhibit 26** is a true and correct copy of an Order Denying Defendant's

25  Motion to Transfer Venue, *Park v. CAS Enterprises, Inc.*, C.A. No. 08-0385 DMS (NLS) (S.D. Cal.

26  June 9, 2008), D.I. 9.

27

28

1    31.    Attached as **Exhibit 27** is a true and correct copy of an Order Denying Motion to

2  Dismiss or Transfer Venue, *Industry Access, Inc. v. Elli Mae, Inc.*, 13-02769 (C.D. Cal. Sept. 18,

3  2013), D.I. 31.

4

5  I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood City,

6  California on January 27, 2014.

7

8

9

10

11

12  _____

13  Christina M. Finn

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28