1  DENISE M. DE MORY (SBN 168076)
   ddemory@bdiplaw.com
2  CHRISTINA M. FINN (SBN 247838)
   cfinn@bdiplaw.com
3  CLIFF WIN, JR. (SBN 270517)
   cwin@bdiplaw.com
4  BUNSOW DE MORY SMITH & ALLISON LLP
   600 Allerton Street, Suite 101
5  Redwood City, CA 94063
   Telephone: (650) 351-7248
6  Facsimile: (650) 351-7253

7  *Attorneys for Plaintiff NXP B.V.*

8  JAMES M. DOWD (SBN 259578)
   james.dowd@wilmerhale.com
9  Wilmer Cutler Pickering
   Hale and Dorr LLP
10 350 S. Grand Ave., Suite 2100
   Los Angeles, CA 90071
11 Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
12 (*Additional Counsel Listed in Signature Block*)

13 *Attorneys for Defendant Broadcom Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NXP B.V., | Case No. 5:14-cv-00826-EJD |
| Plaintiff, | Judge: Hon. Edward J. Davila |
| vs. | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| BROADCOM CORPORAITON, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, Plaintiff NXP B.V. ("NXP") and Defendant Broadcom Corporation ("Broadcom") file this Joint Stipulation of Dismissal Without Prejudice, and stipulate as follows:

1. NXP hereby dismisses without prejudice all claims asserted by NXP in this action.

2. Broadcom hereby dismisses without prejudice all counterclaims asserted by Broadcom in this action.

3. Each party will bear its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | Dated: June 15, 2014 | Respectfully submitted, |
| 2 | | |
| 3 | NXP B.V. | BROADCOM CORPORATION |
| 4 | By counsel: | By counsel: |

 */s/ Denise M. De Mory*  
Denise M. De Mory (SBN 168076)  
ddemory@bdiplaw.com  
Christina M. Finn (SBN 247838)  
cfinn@bdiplaw.com  
Cliff Win, Jr. (SBN 270517)  
cwin@bdiplaw.com  
BUNSOW DE MORY SMITH  
 & ALLISON LLP  
600 Allerton Street, Suite 101  
Redwood City, CA  94063  
Tel.:  (650) 351-7248  
Fax:  (650) 351-7253  

 */s/  James M. Dowd*  
James M. Dowd (SBN 259578)  
james.dowd@wilmerhale.com  
WILMER CUTLER PICKERING  
 HALE AND DORR LLP  
350 South Grand Avenue, Suite 2100  
Los Angeles, CA 90071  
Tel.:  (213) 443-5300  
Fax:  (213) 443-5400  

William F. Lee (*pro hac vice*)  
william.lee@wilmerhale.com  
Dominic E. Massa (*pro hac vice*)  
dominic.massa@wilmerhale.com  
Kevin S. Prussia (*pro hac vice*)  
kevin.prussia@wilmerhale.com  
WILMER CUTLER PICKERING  
 HALE AND DORR LLP  
60 State Street  
Boston, MA 02109  
Tel.:  (617) 526-6000  
Fax:  (617) 526-5000  

Craig E. Davis (SBN 221356)  
craig.davis@wilmerhale.com  
WILMER CUTLER PICKERING  
 HALE AND DORR LLP  
950 Page Mill Road  
Palo Alto, CA 94304  
Tel.:  (650) 858-6000  
Fax:  (650) 858-6100