| | |
|---|---|
| 1 | DENISE M. DE MORY (SBN 168076) |
|  | ddemory@bdiplaw.com |
| 2 | CHRISTINA M. FINN (SBN 247838) |
|  | cfinn@bdiplaw.com |
| 3 | CLIFF WIN, JR. (SBN 270517) |
|  | cwin@bdiplaw.com |
| 4 | BUNSOW DE MORY SMITH & ALLISON LLP |
|  | 600 Allerton Street, Suite 101 |
| 5 | Redwood City, CA 94063 |
|  | Telephone:  (650) 351-7248 |
| 6 | Facsimile:  (650) 351-7253 |
| 7 | *Attorneys for Plaintiff NXP B.V.* |
| 8 | JAMES M. DOWD (SBN 259578) |
|  | james.dowd@wilmerhale.com |
| 9 | Wilmer Cutler Pickering |
|  | Hale and Dorr LLP |
| 10 | 350 S. Grand Ave., Suite 2100 |
|  | Los Angeles, CA 90071 |
| 11 | Telephone: (213) 443-5300 |
|  | Facsimile: (213) 443-5400 |
| 12 | (*Additional Counsel Listed in Signature Block*) |
| 13 | *Attorneys for Defendant Broadcom Corporation* |

IT IS SO ORDERED
Judge Edward J. Davila
7/17/2014

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NXP B.V., | Case No. 5:14-cv-00826-EJD |
|  | Judge:  Hon. Edward J. Davila |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| BROADCOM CORPORAITON, | |
| Defendant. | |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
CASE NO. 5:14-CV-00826-EJD

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, Plaintiff NXP B.V. ("NXP") and Defendant Broadcom Corporation ("Broadcom") file this Joint Stipulation of Dismissal Without Prejudice, and stipulate as follows:

1. NXP hereby dismisses without prejudice all claims asserted by NXP in this action.

2. Broadcom hereby dismisses without prejudice all counterclaims asserted by Broadcom in this action.

3. Each party will bear its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | Dated:  June 15, 2014 | Respectfully submitted, |
| 2 | | |
| 3 | NXP B.V. | BROADCOM CORPORATION |
| 4 | By counsel: | By counsel: |

  /s/ Denise M. De Mory                                    /s/  James M. Dowd
Denise M. De Mory (SBN 168076)           James M. Dowd (SBN 259578)
ddemory@bdiplaw.com                              james.dowd@wilmerhale.com
Christina M. Finn (SBN 247838)                WILMER CUTLER PICKERING
cfinn@bdiplaw.com                                      HALE AND DORR LLP
Cliff Win, Jr. (SBN 270517)                        350 South Grand Avenue, Suite 2100
cwin@bdiplaw.com                                   Los Angeles, CA 90071
BUNSOW DE MORY SMITH                     Tel.:  (213) 443-5300
  & ALLISON LLP                                       Fax:  (213) 443-5400
600 Allerton Street, Suite 101
Redwood City, CA  94063                          William F. Lee (*pro hac vice*)
Tel.:  (650) 351-7248                                 william.lee@wilmerhale.com
Fax:  (650) 351-7253                                 Dominic E. Massa (*pro hac vice*)
                                                                    dominic.massa@wilmerhale.com
                                                                    Kevin S. Prussia (*pro hac vice*)
                                                                    kevin.prussia@wilmerhale.com
                                                                    WILMER CUTLER PICKERING
                                                                      HALE AND DORR LLP
                                                                    60 State Street
                                                                    Boston, MA 02109
                                                                    Tel.:  (617) 526-6000
                                                                    Fax:  (617) 526-5000

                                                                    Craig E. Davis (SBN 221356)
                                                                    craig.davis@wilmerhale.com
                                                                    WILMER CUTLER PICKERING
                                                                      HALE AND DORR LLP
                                                                    950 Page Mill Road
                                                                    Palo Alto, CA 94304
                                                                    Tel.:  (650) 858-6000
                                                                    Fax:  (650) 858-6100